AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Ranya Elzein          Telephone: (313) 670-9434
Special Agent: Allison Woodard, FBI   Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Montelle Antonio Nichols

Case No. 24-30288

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and/or Ammunition |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Allison Woodard, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: July 24, 2024

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly Altman, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Allison Woodard, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2020 and am currently assigned to the FBI Detroit Division. I currently work on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those that have worked on crimes-against-children investigations, including child pornography and child sexual exploitation. I have experience investigating firearm related crimes and have also received training with regards to firearms.

2. As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for MONTELLE ANTONIO NICHOLS, for violations of 18 U.S.C. § 922(g)(1) (Felon in possession of a Firearm and/or Ammunition).

1

4. The statements contained in this affidavit are based in part on information provided by other law enforcement officers, information conveyed to me by other law enforcement officials, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that NICHOLS has violated the offense referenced in this complaint.

## PROBABLE CAUSE

6. On July 24, 2024, SEMTEC agents and task force officers executed a federal search warrant at NICHOLS' residence in Detroit, Michigan. Agents encountered NICHOLS and his wife inside of the house.

7. During a search of the house, agents found a Stevens shotgun with a sawed-off barrel, believed to be a 12-gauge, under the couch in the living room. Agents also found approximately 30 loose rounds of .351 caliber Winchester ammunition, as well as other loose rounds of ammunition, in a jewelry box on a console table in the dining room.

8. During a Mirandized interview of NICHOLS, I asked NICHOLS if there were any weapons in the home. He said there was a firearm in the living

room under the couch. NICHOLS stated that when he and his wife moved into the house in January 2024, he found the firearm under the couch and left it there. Also during the Mirandized interview, NICHOLS stated that only he and his wife live in the house.

9. While NICHOLS was being transported to the FBI Detroit Field Office, he made unsolicited statements to the agents in the vehicle about the firearm. NICHOLS stated to the agents that the firearm was not his, but he kept it for protection in case somebody broke in to scare them.

10. There is probable cause to believe that the Stevens shotgun was manufactured outside of the state of Michigan. Special Agent Jimmie Pharr with the Bureau of Alcohol, Tobacco, and Firearms viewed photographs of the firearm, and based on his preliminary review of the images, SA Pharr determined the firearm was not manufactured in the state of Michigan.

11. There is probable cause to believe that the ammunition found in NICHOLS' dining room was manufactured outside of Michigan. I know that Winchester ammunition is manufactured in East Alton, Illinois.

12. Accordingly, probable cause exists that the Stevens shotgun and Winchester ammunition found during the search of NICHOLS' residence traveled in or affected interstate commerce before coming into NICHOLS' possession.

3

13. A criminal history check revealed that in 1991, NICHOLS was convicted of Criminal Sexual Conduct 1st Degree – Person Under 13 and Weapons – Felony Firearm, in Wayne County, Michigan. Each of those convictions carry a maximum penalty of over one year in prison.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that MONTELLE ANTONIO NICHOLS committed violations of and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and/or Ammunition).

Respectfully submitted,

*(signature)*

Allison Woodard, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*(signature)*

HON. KIMBERLY ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: July 24, 2024